## (October 7, 1983)

■ GEORGE MOSS, as Administrator of the Estate of RUTH L. MOSS, Deceased, Appellant, v GLEN E. COOLEY et al., Respondents. — Motion for reargument granted, without costs, and decision dated October 28, 1982 rescinded, and order entered November 3, 1982 vacated (see *Bernard v City School Dist.*, 96 AD2d 995). Upon reargument, order of Special Term entered November 16, 1981, which granted defendants' motion to vacate a default judgment rendered in favor of plaintiff reversed, without costs, and motion by defendants denied. Upon review of the record in this case, we conclude that defendants failed to establish a meritorious defense and, therefore, Special Term abused its discretion in granting defendants' motion to vacate the default (see *Stolowitz v Mount Sinai Hosp.*, 60 NY2d 685; *Gray v B. R. Trucking Co.*, 59 NY2d 649). This determination is without prejudice to a motion for renewal by defendants at Special Term for consideration of an affidavit of merits. Sweeney, J. P., Kane, Main, Mikoll and Yesawich, Jr., JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. MARIANO SANTIAGO, Petitioner, v EUGENE LEFEVRE, as Superintendent of Clinton Correctional Facility, Respondent. — Application, pursuant to CPLR 7002 (subd [b], par 2), for writ of habeas corpus denied, upon the ground that petitioner's proper remedy is to make an application in the Superior Court of New Jersey, Hudson County, for dismissal of the indictment pursuant to CPL 580.20 (art V, subd [c]). Mahoney, P. J., Mikoll, Yesawich, Jr., Weiss and Levine, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. DONALD FLANNAGAN, Also Known as DONALD GREEN, Petitioner, v EUGENE S. LEFEVRE, as Superintendent of Clinton Correctional Facility, Respondent. — Application, pursuant to CPLR 7002 (subd [b], par 2), for writ of habeas corpus denied (*People ex rel. Burts v Henderson*, 64 AD2d 1009). Sweeney, J. P., Kane, Main, Casey and Mikoll, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID SMITH, Appellant. — Motion to dismiss appeal granted upon the ground the order is not appealable (see *People v Brownstein*, 11 AD2d 3). Main, J. P., Casey, Mikoll, Yesawich, Jr., and Weiss, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN NUGENT, Appellant. — Motion to dismiss appeal granted upon the ground the order is not appealable (see *People v Brownstein*, 11 AD2d 3). Mahoney, P. J., Casey, Mikoll, Yesawich, Jr., and Levine, JJ., concur.